UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**WHITNEY BROCK**                                CASE NO. 5:22-CV-00125

**VERSUS**                                       JUDGE ELIZABETH E. FOOTE

**WALDEN UNIVERSITY & AFFILIATES, ET AL.**       MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a _de novo_ review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

It is ordered that the Motion to Quash Insufficient Service and to Set Aside Entry of Default [doc. #12] be GRANTED, that the entry of default against Walden University & Affiliates, et al. be vacated and set aside, and that service against Walden University & Affiliates, et al. be quashed.

IT IS FURTHER ORDERED that the claims against Walden University & Affiliates, et al. be DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this   27th   day of   June  , 2022.

_____
Elizabeth E. Foote
United States District Judge