# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

February 14, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-30689   Brock v. Walden University
                      USDC No. 5:22-CV-125

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

Ms. Whitney Brock
Ms. Caroline Elizabeth Donze
Mr. Tony R. Moore
Ms. Ellen C. Rains

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-30689
_____

Whitney Brock,

*Plaintiff—Appellant*,

*versus*

Walden University, L.L.C.; Walden University,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CV-125

_____

### UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's opposed motion for stay pending appeal is DENIED.